**EXHIBIT A**

LUNSFORD DOLE PHILLIPS #4407
500 Ala Moana Blvd.; Ste 7400
Honolulu, Hawaii 96813
Tel: (808)543-2055; Fax (808)543-2010
lunsfordp001@hawaii.rr.com
Attorney for Plaintiffs

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF HAWAII

CIVIL NO. 19-00250 JMS/RT

DANIEL WARD,         )
      Plaintiff      )
                     )     FIRST AMENDED COMPLAINT
      v.             )
                     )
THE COVE             )
COLLECTION, LLC;     )  Trial Date: Dec. 1, 2020
HANAPOHAKU, LLC)        Trial Judge: Hon. J. Michael Seabright
      Defendants     )
_____)

FIRST AMENDED COMPLAINT

Plaintiff DANIEL WARD, through his undersigned counsel, avers and alleges:

JURISDICTION AND VENUE

1. This court has original jurisdiction pursuant to 28 U.S.C. Section 1331 through the federal question raised herein, namely the alleged violation of the Americans With Disabilities Act of 1990 (hereinafter "ADA"), 42 U.S.C. Section 12101 et seq.

2. All events material hereto occurred within the District of Hawaii.

3. Plaintiff DANIEL WARD is a person with a disability, namely spinal cord-injured quadriplegia.

## VIOLATION OF 42 U.S.C. § 12101 ET. SEQ.

4. According to 28 CFR part 36, the defendants THE COVE COLLECTION, LLC, and HANAPOHAKU, LLC are public accommodations which are owning and/or operating a place of public accommodation, namely a retail store, located at 59-712 B Kamehameha Hwy., Haleiwa, City & County of Honolulu, Hawaii, and thereby falls under the ambit of the ADA, 42 U.S.C. Section 12101 et seq.

5. Accordingly the defendants are amenable to suit by the plaintiff for violation of the ADA.

6. The defendants have violated and are violating the ADA by denying the plaintiff equal accommodations and has not complied with the ADA final rules, 28 CFR part 36, Subpart C, by failing to eliminate readily achievable barriers to equal accessibility, including but not limited to:

a) no accessible entrance and no accessible route.

THEREFORE, PLAINTIFF RESPECTFULLY REQUESTS THE COURT: enter judgment for the plaintiff and against one or both of the defendants and order the following relief:

A) An injunction ordering the defendants' full compliance with the ADA within one hundred eighty (180) days;
B) Payment of plaintiff's litigation costs, including reasonable expert and attorney's fees; and
D) Such other relief as the court deems proper.

DATED: Honolulu, Hawaii, January 12, 2020.

/s/ LUNSFORD DOLE PHILLIPS