LUNSFORD DOLE PHILLIPS #4407
500 Ala Moana Blvd.; Ste 7400
Honolulu, Hawaii 96813
Tel: (808)543-2055; Fax (808)543-2010
lunsfordp001@hawaii.rr.com
Attorney for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| DANIEL WARD,<br><br>Plaintiff,<br><br>v.<br><br>THE COVE COLLECTION, LLC; HANAPOHAKU, LLC<br><br>Defendants. | CIVIL NO. 19-00250 JMS/RT<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE AS TO ALL CLAIMS AND PARTIES**<br><br>Trial Date: Dec. 1, 2020<br><br>Trial Judge: Hon. J. Michael Seabright |

**STIPULATION OF DISMISSAL WITH PREJUDICE AS TO ALL CLAIMS AND PARTIES**

IT IS HEREBY STIPULATED by and between Plaintiff DANIEL WARD and Defendants THE COVE COLLECTION, LLC and HANAPOHAKU, LLC, by and through their undersigned counsel, being all of the parties that have appeared in this action, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of

Civil Procedure, that all claims and parties are dismissed with prejudice. No issues of fact and law concerning these parties remain.

DATED: Honolulu, Hawai`i, ________________.

LUNSFORD DOLE PHILLIPS
Attorney for Plaintiff
DANIEL WARD

TERRENCE M. LEE
Attorney for Defendant
HANAPOHAKU, LLC

LAURA P. MORITZ
Attorney for Defendant
THE COVE COLLECTION, LLC

APPROVED AS TO FORM.

DATED: Honolulu, Hawaii, June 9, 2020.

UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

/s/ J. Michael Seabright
J. Michael Seabright
Chief United States District Judge